Jeffrey E. Lohman, AZ Bar #032315
Law Offices of Jeffrey Lohman
4740 Green River Rd Ste 206
Corona, CA 92880
Telephone: (866) 329-9217

Attorney for Plaintiff

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Algots, | ) |
| | ) Case No: 2:19-cv-04875-SMB |
| Plaintiff, | ) |
| | ) NOTICE OF SETTLEMENT |
| – vs – | ) |
| | ) |
| Atlantic Recovery Solutions, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff Carol Algots ("Plaintiff") and Defendant Atlantic Recovery Solutions, LLC ("Defendant") have reached a settlement in the above-captioned matter. Plaintiff intends to file a Notice of Voluntary Dismissal within forty-five (45) days once the Settlement Agreement has been finalized. Pending Plaintiff's Voluntary Dismissal, Plaintiff respectfully requests this honorable Court to vacate all deadlines.

RESPECTFULLY SUBMITTED,

Dated: September 16, 2019     By:    */s/ Jeffrey E. Lohman*
                                              Jeffrey E. Lohman
                                              Attorney for Plaintiff

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 16, 2019, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was served on the following via U.S. Mail:

Atlantic Recovery Solutions, LLC
33 Dodge Rd., Suite 108
Getzville, NY 14068

                              By:    */s/ Jeffrey E. Lohman*
                                        Jeffrey E. Lohman
                                        Attorney for Plaintiff