Jeffrey E. Lohman, AZ Bar #032315
Law Offices of Jeffrey Lohman
4740 Green River Rd Ste 206
Corona, CA 92880
Telephone: (866) 329-9217

Attorney for Plaintiff

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Algots, | ) |
| | ) Case No: 2:19-cv-04875-SMB |
| Plaintiff, | ) |
| | ) NOTICE OF VOLUNTARY DISMISSAL |
| – vs – | ) |
| | ) |
| Atlantic Recovery Solutions, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff Carol Algots ("Plaintiff"), by and through counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses the above-captioned action WITH PREJUDICE against the Defendant Atlantic Recovery Solutions, LLC.

RESPECTFULLY SUBMITTED,

Dated: October 11, 2019     By:     /s/ Jeffrey E. Lohman
                                     Jeffrey E. Lohman
                                     Attorney for Plaintiff

- 2 -

### CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2019, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served on the following via U.S. Mail:

Atlantic Recovery Solutions, LLC
33 Dodge Rd., Suite 108
Getzville, NY 14068

                                        By:    */s/ Jeffrey E. Lohman*
                                                    Jeffrey E. Lohman
                                                    Attorney for Plaintiff